Jamie M. Evans, OSB 117064
Attorney for Plaintiff
Evans & Evans, PC
222 NE Park Plaza Drive, Suite 113
Vancouver, WA 98684
Ph. 503-200-2723; Fx. 360-828-8724
jamie@evans-evans.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN D.E. GERTSCH,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | Case No. 3:17-cv-01076-AC<br><br>**ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)** |

  Plaintiff, John D.E. Gertsch, brought this action seeking review of the Commissioner of the Social Security Administration's final decision denying his application for Supplemental Security Income under Title XVI of the Social Security Act. The Court remanded the case for further administrative proceedings. ECF Doc. No. 17. On remand, Plaintiff receive a Fully Favorable decision, awarding him Supplemental Security Income.

  Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has not objected to the request. The Court finds the requested fees are reasonable.

  Plaintiff's motion [ECF Doc No. 26] is granted, and Plaintiff's counsel is awarded $13,644.00 in attorney fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff $8,138.87 in fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

PLAINTIFF'S 406(b) FEES MOTION - 1

When issuing the Section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously awarded under EAJA and send Plaintiff's attorney, Jamie M. Evans, the balance of $5,505.13, less any applicable processing fee prescribed by law. The Section 406(b) check should be mailed to Jamie M. Evans, 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684.

IT IS SO ORDERED.

DATED this 22nd day of July, 2020.

JOHN V. ACOSTA
United States Magistrate Judge

Proposed Order Submitted on July 20, 2020

**/s/ Jamie M. Evans**
Jamie M. Evans, OSB 117064
Attorney for Plaintiff

PLAINTIFF'S 406(b) FEES MOTION - 2